# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 17-1256 Case Manager: ______

Case Name: McKay v. City of Detroit

Is this case a cross appeal? ☐ Yes ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
Case Name: ______ Citation: ______
Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Appellant Michael McKay brings this appeal from an Opinion and Order and Judgment entered by the United States District Court, Eastern District of Michigan. The issues in this appeal involve the interpretation and application of the City of Detroit's Eighth Amended Bankruptcy Plan as well as the Agreement Resolving Bankruptcy Claim entered into between McKay and the City of Detroit.

The underlying claim in this matter was a lawsuit brought by McKay for a violation of 42 USC 1983 against indifidual officers from the City of Detroit's Police Department. That lawsuit was resolved through binding arbitration. The arbitration award was in the amount of $42,500.00. After the issuance of the award, but before it was paid, the City of Detroit filed for bankruptcy protection. During the pendency of the bankruptcy case, McKay and the City of Detroit entered into an Agreement Resolving Bankruptcy Claim.

The Eighth Amended Plan specifically excludes 1983 claims against individual officers from the bankruptcy plan. Therefore, there is no reduction or application of the reduction formulas or payouts to these claims. It is undisputed that McKay's claim was a 1983 claim against individual officers. Nothing in the Agreement Resolving Bankruptcy Claim changed the nature of his claim. Therefore, based on the plain language of the Plan as well as the Agreement, the City of Detroit is obligated to pay to McKay the full sum of $42,500.00.

**This is to certify that a copy of this statement was served on opposing counsel of record this ____ day of**

March 27, 2017.

/s/ Eric Stempien
Name of Counsel for Appellant